

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,188-01

## EX PARTE AKEEM JAMAR HURTS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2020-0757-A IN THE 217TH DISTRICT COURT
## ANGELINA COUNTY

*Per curiam.*

### OPINION

Applicant was convicted of evading arrest or detention with a vehicle and sentenced to 7 years' imprisonment. The Twelfth Court of Appeals dismissed his appeal for want of jurisdiction. *Hurts v. State,* No. 12-23-00247-CR (Tex. App.—Tyler, Oct. 31, 2023). He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because the district clerk would not accept his notice of appeal for filing until a written judgment had been filed. Based on the record, the trial court has found and concluded that neither Applicant nor trial counsel voluntarily or negligently failed to file a timely notice of appeal in this case, and equity requires providing Applicant with an out-of-time appeal.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number 2020-0757 from the 217th District Court of Angelina County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 15, 2026
Do not publish